# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2014

147451 & (18)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

CARL JAMAL WILLIAMS,
          Defendant-Appellant.

SC: 147451
COA: 312687
Gratiot CC: 11-006365-FH

_____/

      By order of October 28, 2013, the prosecuting attorney was directed to answer the application for leave to appeal the June 19, 2013 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2014

h0127

Clerk